PJM:USAO#2014R00239

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 FOR THE DISTRICT OF MARYLAND

AMERICA'S OFFICE
AT BALTIMORE
BY_____DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. ELH-14-0271 |
| v. | : | (Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1); Aiding and Abetting, 18 U.S.C. § 2) |
| KEYON PAYLOR, | : | |
| Defendant. | : | |

.oOo.

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about January 2, 2014, in the District of Maryland, the defendant,

**KEYON PAYLOR,**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate commerce, specifically one loaded .45 caliber Heckler & Koch pistol, bearing serial number 25090291.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 2

## FORFEITURE

The Grand Jury further finds that:

Upon conviction of the firearms offense set forth in Count One of this Indictment, the defendant shall forfeit to the United States the firearm identified in Coun One and involved in that offenses.

28 U.S.C. § 2461(c); Fed. R. Crim. Proc. 32.2(a); 18 U.S.C. § 924(d).

_____
ROD J. ROSENSTEIN
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

_____
Foreperson

Date: 6/4/2014