IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| United States of America, | * |
| | * |
| v. | *     Case No. ELH-14-271 |
| | * |
| Keyon Paylor | |
| **Defendant.** | * |

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for the defendant, **Keyon Paylor**.

I certify that: [check one that applies and complete]

[✔] I am admitted to practice in this Court.

[ ] I am a member in good standing of the bar of the highest state court of

_____

and familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court.

03/12/2018
Date

Signature

**Gayle Horn, Bar No. 07182**
Printed name and bar number

**The Exoneration Project**
Firm name

**311 N Aberdeen, 3rd Floor**
Address

**gayle@exonerationproject.org**
Email address

**312-789-4955**
Telephone number

_____
Fax number

Please select your designation:
[ ] CJA     [✔] Retained     [ ] Public Defender     [ ] Pro Bono

**NOTE:** Appearance of counsel may be withdrawn only with leave of Court. *See* Local Rule 201.3. Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

If you are **not** a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance**.