# TABLE OF CONTENTS

TABLE OF AUTHORITIES .................................................................................................................ii

INTRODUCTION ........................................................................................................................... 1

STATEMENT OF THE CASE.......................................................................................................... 3

    I.      Procedural History............................................................................................................. 3

    II.     Facts ................................................................................................................................. 3

          A.  Mr. Paylor's False Arrest................................................................................................. 3

          B.  Mr. Paylor's Federal Prosecution ................................................................................... 5

          C.  Mr. Paylor Assists The Government................................................................................ 8

          D.  Hersl's Federal Prosecution and Conviction................................................................... 11

ARGUMENT..................................................................................................................................... 13

    I.      Mr. Paylor's Guilty Plea is Involuntary Because it was Predicated on Impermissible Government Conduct that was Material to his Decision to Plead Guilty................................ 14

    II.     The Government Committed a *Brady* Violation by Failing to Disclose the Investigation Into Hersl's Corruption Before Mr. Paylor Pleaded Guilty. .......................................................... 20

CONCLUSION................................................................................................................................... 23