# Statement of Probable Cause

HERSL, DANIEL T OFC.,G491 Post- / Street- BARTLETT
PAYLOR,KEYON - CBF2011209870 - 146105001420

The C.C.#14-3A00623 Cad#1007

On 2nd January 2014 at approx. 1110 A.M., Detectives Hersl, Moore, Romeo & Sgt. Burns (working plain clothes in an unmarked vehicle) were traveling south in the 600 block Bartlett Ave. when we observed a black male (wearing gray skull hat, blue scarf, black jacket, gray pants and black boots) later identified as Keyon Paylor walking south at a very fast pace on the west side walk. As detective Hersl continued to drive the unmarked vehicle south in the block, Keyon Paylor turned his head and looked over his left shoulder, looking directly in these detectives direction. It was at this time Keyon Paylor started to pick the pace of his walking up before running up onto the front porch of 647 Bartlett Ave. Keyon Paylor then started to hop over the porch walls of 647 and 649 Bartlett Ave. as he was still looking over his left shoulder toward these detectives. Upon hopping over the porch wall of 649 onto 651 Bartlett Ave., these detectives could clearly observe Keyon Paylor reach into the front of his waistband area with his right hand before removing what appeared to be a black handgun. Keyon Paylor then placed same under the cushion of a chair located on the porch of 651 Bartlett Ave. Keyon Paylor then turned around and observed that Detectives Romeo & Moore (wearing tactical vest with Badge, I.D. and Police clearly visible on same) were exiting our unmarked vehicle and beginning to approach him. Keyon Paylor then opened the front door of 651 Bartlett Ave. and entered the dwelling in a very hurried manner, disregarding Detectives Romeo and Moore's lawful orders to stop. Detectives Romeo and Moore, believing that Keyon Paylor just tried to hide a handgun under the chair cushion, gave pursuit into the dwelling of 651 Bartlett Ave. Once inside they observed Keyon Paylor run toward the kitchen backdoor before apprehending same. Detective Hersl then entered the dwelling and observed the detectives were fine. Detectives Moore, Romeo, Hersl and Keyon Paylor then responded out onto the front porch where detective Moore observed and recovered 1 brown cigar wrapper containing green plant material (suspected marijuana) sitting on the top of the above mentioned seat cushion. It was at this time Keyon Paylor stated the weeds mine I don't know anything about the gun even before Det. Moore lifted up the cushion of the chair sitting on the front porch of 651 Bartlett Ave. and observed 1 black H&K .45 caliber handgun (serial# 25090291) containing 1 magazine sitting on the chair. Detective Moore then placed some latex gloves on and rendered the gun safe. Upon doing so he witnessed the handgun to contain 9 .45 caliber bullets (1 chambered). $94.00 seized from Keyon Paylor. Evidence submitted to E.C.U. by Detectives Moore and Romeo. Further Investigation revealed that Keyon Paylor (date of birth 12/26/91) has prior criminal convictions for 1. (C.D.S Possession with Intent) and 2. (possession firearm/ammo/minor). Both cases were on October 8th 2010 under BPD Tracking# 106076102790. All events occurred in Baltimore City, State of Maryland. Keyon Paylor resides at the dwelling of 651 Bartlett Ave.

As a member of the BPD I have received 90 plus hours of specialized training in the field of narcotics enforcement. I have made or participated in approx. 1800 arrests, which has led to the seizure of the suspected substance in my 14 plus years as a police officer.

EXHIBIT 2

R-0004

ELH-14-0271