# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. ELH-14-0271 |
| | ) | |
| KEYON PAYLOR, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

********

## MOTION TO UNSEAL ECF NOS. 86 AND 89

The United States of America, by and through its undersigned attorney, hereby moves to unseal documents ECF 86 and ECF 89 filed in connection with the above-captioned case. The government no longer believes that sealing of these documents is necessary or in the public interest.

Respectfully submitted,

Stephen M. Schenning
Acting United States Attorney

By: _____/s/_____
Peter J. Martinez
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

      This is to certify that on this 22nd day of March, 2018, a copy of the foregoing was served on defense counsel via electronic filing.

                                                    /s/
                                      Peter J. Martinez
                                      Assistant United States Attorney