**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | **CRIMINAL NO. ELH-14-0271** |
| ) | |
| **KEYON PAYLOR,**    ) | |
| ) | |
| **Defendant.**    ) | |
| ******** | |

**ORDER**

Having considered the grounds advanced in the government's Motion to Unseal Documents ECF 86 and 89, the Court finds that good cause has been shown in support of the relief requested by the Motion. Accordingly, on this _____ day of March 2018, it is hereby:

ORDERED that the requested Motion is GRANTED; and it is further

ORDERED that the documents filed as ECF 86 and ECF 89 are UNSEALED.

_____
The Honorable Ellen L. Hollander
United States District Judge