IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Crim. No. ELH-14-271 |
| KEYON PAYLOR | * |

* * * *

## NOTICE OF NON-OBJECTION TO ECF 100

Petitioner, KEYON PAYLOR, by and through his attorneys, THE EXONERATION PROJECT, hereby respectfully notifies the Court that he has no objection to ECF 100, the Government's motion to unseal ECF Nos. 86 and 89. Mr. Paylor agrees that the documents should no longer be sealed.

Dated: March 26, 2018                Respectfully Submitted,

/s/ Tony Balkissoon

Gayle Horn
Tony Balkissoon
THE EXONERATION PROJECT
311 N Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: 312-243-5900
*Counsel for Keyon Paylor*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing notice was served on all counsel of record, on March 26, 2018, by the CM/ECF system.

/s/ Tony Balkissoon

Tony Balkissoon