**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

KEYON PAYLOR,                  *

Petitioner                     *

v                            *   Criminal Case: ELH-14-271
                                (Related Civil Action ELH-18-745)

UNITED STATES OF AMERICA,   *

Respondent                *
                              ***

## <u>ORDER</u>

The above-captioned Motion to Vacate, Set Aside or Correct Sentence was filed under seal on March 12, 2018, with exhibits.  ECF 98.  The government shall be required to file an Answer.

Accordingly, it is this 2nd day of April, 2018, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The United States Attorney SHALL RESPOND to the Motion to Vacate within 60 days of the date of this Order;

2. Petitioner MAY FILE ANY REPLY to the Response on or before 28 days following the Government's Response;

3. The Response and any Reply SHALL BE DOCKETED electronically in the criminal case and, unless otherwise directed, nothing further should be filed in the civil case except the disposition;

4. Petitioner SHALL NOTIFY the Court and the government of any change of address;

5. The government filed a Motion to Unseal Documents ECF 86 and ECF 89.  *See* ECF 100.  Mr. Paylor consents.  ECF 102.  Therefore, ECF 100 is GRANTED;  and

6. The Clerk SHALL PROVIDE a copy of this Order to Anthony Balkissoon, Counsel for Petitioner, and SHALL PROVIDE a copy of this Order, and a copy of the Motion

to Vacate, to Assistant United States Attorney Christina A. Hoffman, Office of the United States Attorney.




/s/
_____
Ellen L. Hollander
United States District Judge