**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| **v.** | *          **CRIMINAL NO. ELH-14-0271** |
| | * |
| **KEYON PAYLOR** | * |
| | * |
| **Defendant.** | * |
| | * |
| | * |
| | * |

**\*\*\*\*\*\*\***

## MOTION FOR EXTENSION OF TIME

On April 2 2018, the Court entered an order directing the government to respond to a motion filed by Keyon Paylor under 28 U.S.C. § 2255. ECF 103. Pursuant to the Court's order, the government's response is due on or before June 1, 2018. The government hereby moves for a 45-day extension of its deadline, on the ground that undersigned counsel are currently occupied with multiple large racketeering cases, as well as ongoing investigations that are both time-consuming and complex. Accordingly, the government asks the Court to order and direct that the government's deadline for responding to Paylor's motion be extended until July 16, 2018.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By:__/s/_____
    Peter J. Martinez
    Christina A. Hoffman
    Assistant United States Attorneys
    36 South Charles Street 4th Floor
    Baltimore, Maryland 21201
    (410) 209-4800

**SO ORDERED** this ___ day of April, 2018

_____
Hon. Ellen L. Hollander
United States District Judge