**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO. ELH-14-0271** |
| | ) | |
| **KEYON PAYLOR,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**\*\*\*\*\*\*\*\***

**CONSENT MOTION TO UNSEAL CERTAIN EXHIBITS AND TO FILE REDACTED VERSION OF GOVERNMENT'S REPSONSE TO PAYLOR'S MOTION TO VACATE**

On March 12, 2018, Keyon Paylor filed a motion to set aside his guilty plea and vacate his conviction in this case. ECF 98. The government responded to Paylor's motion on July 2, 2018. ECF 114. As the Court is aware, the government filed its response brief and 25 exhibits under seal. *Id*.

On July 3, 2018, the Court instructed the parties to meet and confer in order to determine (i) whether certain exhibits could be unsealed, and (ii) whether a redacted version of the government's brief could be filed on CM/ECF. ECF 113-1. Consistent with the Court's instructions, the parties have reached an agreement as to both issues. Accordingly, the parties respectfully ask the Court to order and direct that the following exhibits be **unsealed**: Exhibits 1-4; Exhibits 10-11; Exhibits 14-20; and Exhibit 22. The parties agree that all other exhibits should remain under seal.

The parties further ask the Court to order and direct that the government file a redacted version of its response brief, ECF 114, on CM/ECF. The government will file its redacted response brief as soon as the Court grants this motion.

Respectfully submitted,

Stephen M. Schenning
Acting United States Attorney

By: _____/s/_____
 Peter J. Martinez
 Christina A. Hoffman
 Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

This is to certify that on this 24th day of July, 2018, a copy of the foregoing motion was served on defense counsel via electronic filing.

/s/
Peter J. Martinez
Assistant United States Attorney