IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2018 JUL 27 PM 5: 30
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

**KEYON PAYLOR,**
*Petitioner,*

v.

**UNITED STATES OF AMERICA,**
*Respondent*

Criminal Case: ELH-14-271
(Related Civil Action: ELH-18-745)

### [PROPOSED] ORDER

Upon consideration of the foregoing CONSENT MOTION FOR TWO-WEEK EXTENSION OF TIME, and for good cause shown, it is this 27th day of July, 2018, hereby **ORDERED**, that Mr. Paylor's reply brief is due by August 17, 2018.

_Ellen Hollander/kw_
Honorable Ellen L. Hollander
United States District Judge
United States District Court for the
District of Maryland