IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2018 AUG 27 AM 11: 53

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| | |
|---|---|
| KEYON PAYLOR,<br>*Petitioner,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>*Respondent* | Criminal Case: ELH-14-271<br>(Related Civil Action: ELH-18-745) |

### [PROPOSED] ORDER

Upon consideration of the foregoing MOTION FOR LEAVE TO FILE UNDER SEAL, and for good cause shown, it is this 27th day of Aug., 2018, hereby **ORDERED** that (1) Mr. Paylor's reply brief and exhibits thereto shall filed under seal; ~~and (2) Mr. Paylor's motion to seal and this order shall be filed under seal~~. Provided, however, that a redacted version of the brief shall be due by 9/28/18.

Ellen L. Hollander
Honorable Ellen L. Hollander
United States District Judge
United States District Court for the
District of Maryland