# United States District Court
## District Of Maryland

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

February 25, 2019

LETTER TO COUNSEL

    Re:    *United States of America v. Keyon Paylor*
             Criminal No.: ELH-14-271
             Related Civil No.: ELH-18-0745

Dear Counsel:

    I have scheduled a hearing on Mr. Paylor's § 2255 Petition, to begin at 11:00 a.m. on March 7, 2019.

    It is my understanding that Mr. Paylor requests an evidentiary hearing if the Court is not inclined to vacate his conviction based on the pleadings. At this juncture, oral argument would be helpful to the Court in resolving the Petition. By Monday, March 4, 2019, I ask counsel for Mr. Paylor to advise the Court of the proposed evidence that Mr. Paylor seeks to present, so that I may make a determination as to whether such evidence would also be helpful to the Court.

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                        Sincerely,

                                        /s/
                                        Ellen Lipton Hollander
                                        United States District Judge