5-17-22

To The UNITE STATES DISTRICT COURT

I would like to be brought to court to answer to the charges of this detainer dated 8-21-20 Case No. 1:14cr00271-ELH

Can you help me

Keyon Taylor

FILED _____ ENTERED
LODGED _____ RECEIVED

MAY 2 5 2022

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY