IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**  ) | |
| ) | |
| v.   ) | **Criminal No. ELH-14-271** |
| ) | |
| **KEYON PAYLOR,**  ) | |
| ) | |
| ) | |
| **Defendant**  ) | |
| ) | |

## STATUS REPORT

The Court has directed the government to file a status report regarding the above-captioned case. The defendant, Keyon Paylor, has asked "to be brought to court to answer to the charges of [a] detainer dated 8-21-21." ECF 166. As best we can tell, Paylor is referring to the arrest warrant issued by this Court on August 21, 2019. ECF 150. The Court issued that warrant after the United States Probation Office filed a petition alleging that Paylor had violated his conditions of supervised release. ECF 149. Over two years later, on October 25, 2021, United States Probation Officer Bruce James informed the Court that Paylor had been convicted of robbery and a handgun offense in the Circuit Court for Baltimore City. ECF 165. USPO James therefore asked the Court to schedule a hearing to address the petition on supervised release. *Id*.

As the Court no doubt recalls, Paylor moved to vacate his underlying conviction in March 2018. ECF 98. The Court denied Paylor motion in November 2019. ECF 158. Paylor appealed. After briefing, the Fourth Circuit heard oral argument on March 12, 2021. The Fourth Circuit has not yet decided Paylor's appeal.

The government defers to the Court as to whether and when to schedule a hearing on the petition on supervised release. If the Court wishes to schedule a hearing now, the government will arrange for Paylor to be brought to Court. If, on the other hand, the Court wishes to wait until after the Fourth Circuit has addressed the validity of Paylor's underlying conviction, the government will not object.

        Respectfully submitted,

        Erek L. Barron
        Acting United States Attorney

By:_____/s/_____
        Peter J. Martinez
        Assistant United States Attorney
        36 South Charles Street, Fourth Floor
        Baltimore, Maryland 21201
        (410) 209-4800

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 8, 2022, a copy of the foregoing status report was filed electronically with the Court using the CM/ECF system and served using the CM/ECF system via e-mail to all counsel of record.

_____/s/_____
Peter J. Martinez
Assistant United States Attorney