**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

June 8, 2022

Peter J. Martinez, Esquire
 Assistant United States Attorney

Christina A. Hoffman, Esquire
 Assistant United States Attorney

Katherine Newberger, Esquire
 First Assistant Federal Public Defender

      Re:   *United States of America v. Keyon Paylor*
               Criminal No.: ELH-14-0271

Dear Counsel:

      I am in receipt of the government's status report. ECF 168.

      At this juncture, I am not clear at to whether the Office of the Federal Public Defender ("OFPD") represents Mr. Paylor with respect to the charge of VOSR. Therefore, I ask Ms. Newberger to advise me promptly as to whether the OFPD represents the defendant in this matter and, if so, as to how the defense wishes to proceed.

      Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                        Very truly yours,

                                        /s/
                                      Ellen L. Hollander
                                      United States District Judge

ELH/kw

cc: Keyon Paylor, #484345-3030236