UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No. ELH-14-0271** |
| | : | |
| **KEYON PAYLOR,** | : | |
| Movant | : | |

### ORDER VACATING JUDGMENT

Before this Court is the government's Supplemental Response to Keyon Paylor's Motion to Vacate Judgment Under 28 U.S.C. Section 2255 ("Supplemental Response") wherein the government submits that Paylor's conviction should be vacated. The Supplemental Response was filed by the United States after this case was remanded by the Court of Appeals for the Fourth Circuit for discovery and a factual hearing on Keyon Paylor's motion for relief under 28 U.S.C. § 2255. The United States bases its Supplemental Response on its review of the record and surrounding circumstances of this case, along with a variety of considerations, including the interests of justice. Counsel for the Movant have consented to this relief and to dismissal of the underlying criminal charges.

Accordingly, this Court hereby VACATES the criminal conviction of Keyon Paylor and awaits further motion by the United States in this case.

SO ORDERED this _____ day of March, 2024.

_____
Honorable Ellen L. Hollander
United States District Judge