# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. ELH-14-0271 |
| | : | |
| **KEYON PAYLOR,** | : | |
| Defendant. | : | |

## CONSENT MOTION TO DISMISS INDICTMENT

The United States of America, by and through the United States Attorney for the District of Maryland, Erek L. Barron, and Assistant United States Attorney, Tamera L. Fine, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and with the consent of the Defendant, hereby seeks leave of the Court to dismiss the Indictment pending against the Defendant in the above captioned case.

Respectfully Submitted,

/s
_____
Erek L. Barron
UNITED STATES ATTORNEY
Tamera L. Fine
Assistant United States Attorney
36 South Charles Street
Baltimore, Maryland 21201
(410) 209-4806

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, a copy of the foregoing motion and proposed order was electronically filed via CM/ECF which provides notice to counsel of record.

_____/s/_____

Tamera L. Fine
Assistant United States Attorney